**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT MERRILL and CYNTHIA MERRILL, h/w,** | : | **CIVIL ACTION** |
| **v.** | : | **NO. 25-6994** |
| **ALLSTATE INSURANCE COMPANY** | : | |

# ORDER

**AND NOW**, this 25th day of August 2026, upon review of Defendant's Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 13), Plaintiffs' opposition thereto and Defendant's Reply, as well as Defendant's Motion for Sanctions (ECF No. 16) and all responses thereto, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss (ECF No. 13) is **GRANTED** in part and **DENIED** in part as set forth in the accompanying opinion.

2. Defendant's Motion is **GRANTED** as to Count I for statutory bad faith. Defendant's Motion is **DENIED** in all other respects.

3. Plaintiffs may file a Second Amended Complaint within twenty days of the date of this Order setting forth their statutory bad faith claim with more factual specificity.

4. Defendant's Motion for Sanctions (ECF No. 16) is **DENIED**.

**BY THE COURT:**

/s/ Catherine Henry

**CATHERINE HENRY, J.**